# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROBERT D. PARKER,**

    **Plaintiff,**

v.

                                   **Case No. 5:19CV288**
                                   **(Judge BAILEY)**

**RN PEARSAL, et al.,**

    **Defendants.**

## ORDER DISMISSING CASE FOLLOWING NOTIFICATION

On August 13, 2018, the *pro se* plaintiff, a federal inmate, filed this ***Bivens*** complaint in the United States District Court for the Eastern District of Virginia. Because the Complaint involved allegations regarding the plaintiff's medical care at FCC Hazelton, the case was transferred to this Court on October 9, 2019. However, the Complaint was not on this Court's approved form, and therefore, the Clerk of Court sent plaintiff a Notice of Deficient Pleading and Intent to Dismiss with a copy of the required form complaint.

On November 4, 2019, the plaintiff filed his Complaint on the Court-approved form, and it has been assigned Civil Action No. 5:19cv303. Accordingly, pursuant to the terms of the Notification, it is hereby **ORDERED** that this action be **DISMISSED**, the plaintiff's Motion to Proceed *in forma pauperis* **[Doc. 2]** be **DENIED AS MOOT**, and all matters relating to the plaintiff's claims shall proceed in Civil Action 5:19cv303.

It is so **ORDERED**.

The Clerk is directed to send a copy of this Order to the *pro se* plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** November 5, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE